## CIVIL CAUSE FOR CONFERENCE:

BEFORE    _Ross, J._        DATE: _May 18, 2018_    TIME: _3:30 PM-4:00 PM_

Docket No.    _17-cv-7601_____

Title:        __Zeng v. The Parc Hotel et al._____

P's Atty:    ___John Troy_____
            _X_ Present            ____ Not Present

D's Atty:    ___David Yan (The Parc Hotel)_____
            _X_ Present            ____ Not Present

            ___Benjamin Stockman (CLA Commercial Cleaning)___
            _X_ Present            ____ Not Present

REPORTER:    _G. Betts_____    COURTROOM DEPUTY:  _DEL__

OTHER: _____

_____ CASE CALLED

_____ CONF. ADJ'D TO _____