## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **July 10, 2018** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 17-7601 (ARR)** |
| **NAME OF CASE(S):** | **Zeng v. The Parc Hotel LLC** |
| **FOR PLAINTIFF(S):** | **Troy** |
| **FOR DEFENDANT(S):** | **Stockman for defendant CLA Commercial Cleaning** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**INITIAL CONFERENCE RULINGS:**

**Plaintiff will serve a proposed second amended complaint upon defendant by July 17.**

**By July 24, defendant will state whether it objects or consents to its filing.**

**If defendant consents, plaintiff will promptly file her second amended complaint; if defendant objects, the parties will submit a schedule for briefing plaintiff's motion for leave to amend.**

**THIS ACTION IS REFERRED TO THE COURT'S FLSA MEDIATION PANEL.**