# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

August 24, 2018

<u>Via ECF</u>
Hon. Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Updated Status Regarding Plaintiff's Proposed Second Amended Complaint and Troy Law's Intention to Withdraw as Counsel
    <u>1:17-cv-07601-ARR-SMG *Zeng v. The Parc Hotel LLC, et al*</u>

Dear Honorable Judge Gold:

  This office represents the plaintiff in the above-captioned matter. We write respectfully pursuant to Your Honor's order on August 10, 2018 to report to your Honor regarding the status of Plaintiff's proposed Second Amended Complaint.

  We sent the proposed revised amended complaint to the current Attorney in this case on August 9, 2018 and she informed us of some inconsistencies she noted in our proposed second amended complaint and informed us to revise it to resolve any inconsistency.

  We would also like to inform the Court of our intention to Withdraw as Counsel as soon as possible. We have contacted our client multiple times via phone but our client has not been forthcoming and has been reluctant to cooperate with us in terms of moving the case forward.

  We thank the Court for its attention to and consideration of this matter.

            Respectfully submitted,
            TROY LAW, PLLC

            /s/ John Troy
            John Troy
            *Attorney for Plaintiffs*

cc: via ECF
  all counsel of record

/ro