UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

QINGHAI ZENG

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

17 Civ. 07601 (ARR) (SMG)

- against -

**AFFIRMATION OF SERVICE**

THE PARC HOTEL LLC, d/b/a Parc Hotel,

CLA COMMERCIAL CLEANING, LLC, d/b/a CLA

Commercial Cleaning; and ROBERT WITTISH

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Preethi Kilaru , declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Docket No. 36 Order dated August 28, 2018

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Mail to the following persons *(list the names and addresses of the people you served)*: QINGHAI ZENG, 13950 35TH 7F FLUSHING, NY 11354

on *(date you served the document(s))* 08/29/2018 .

09/06/2018
Dated

Signature
41-25 Kissena Blvd, Suite 119
Address
Flushing, NY
City, State
11355
Zip
7187621324
Telephone Number
troylaw@troypllc.com
E-Mail Address

*Rev. 01/2013*



John Troy <johntroy@troypllc.com>

## Activity in Case 1:17-cv-07601-ARR-SMG Zeng v. The Parc Hotel LLC Order on Motion to Adjourn Conference
1 message

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>   28 August 2018 at 15:58
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NEXTGEN IS COMING TO NYED\*\*\* For information visit our website**

https://www.nyed.uscourts.gov/cmecf-nextgen

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 8/28/2018 at 3:58 PM EDT and filed on 8/28/2018
**Case Name:**       Zeng v. The Parc Hotel LLC
**Case Number:**     1:17-cv-07601-ARR-SMG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Granting [36] Motion to Adjourn Conference. The status conference previously scheduled for August 31, 2018 is adjourned to** September 7, 2018 at 4:30 p.m. **in Courtroom 13D South before the undersigned. Plaintiff Zheng must personally attend the conference. Plaintiff's counsel will also arrange for the attendance of any required interpreter. If plaintiff fails to attend, Mr. Troy's anticipated motion to be relieved will be granted as unopposed, and the Court will recommend dismissal for failure to prosecute. Plaintiff's counsel shall promptly serve a copy of this Order on plaintiff, together with a copy of the order, translated if necessary for plaintiff's comprehension into plaintiff's primary language, and file proof of service with the Court in advance of the conference. Ordered by Magistrate Judge Steven M. Gold on 8/28/2018. (Gillespie, Saudia)**

**1:17-cv-07601-ARR-SMG Notice has been electronically mailed to:**

David Yan    davidyanlawoffice@gmail.com, davidyanlawfirm@yahoo.com

Brian J. Turoff    bturoff@manatt.com, astaltari@manatt.com

Samantha Jill Katze    skatze@manatt.com, astaltari@manatt.com

John Troy    johntroy@troypllc.com, docket@troypllc.com, troylaw@troypllc.com, troylawpllc@gmail.com, williamwang@troypllc.com

**1:17-cv-07601-ARR-SMG Notice will not be electronically mailed to:**

Qinghai Zeng

# 美国联邦地区法院

## 纽约东区法院

**电子提交通告**

以下事项于东部时区 2018 年 8 月 28 日下午 3 点 58 分输入,并于 2018 年 8 月 28 日提交。

**案名:** Zeng v. The Parc Hotel LLC

**案号:** 1:17-cv-07601-ARR-SMG

**提交者:**

**文件号:** 无附件


**摘要信息:**

法院命令:批准第【36】号关于推迟会议的动议。该案情会议先前定于 2018 年 8 月 31 日,现推迟至 2018 年 9 月 7 日下午 4 点 30 分,于南 13D 号法庭室(Courtroom 13D South)且于下述签署人面前举行。原告曾某本人必须出席会议。原告律师需要为会议安排必要的口译人员。如果原告未出席,蔡先生的关于解除责任的预期动议将会因无异议而被批准,且法院会因为起诉失败而建议驳回。原告律师应当立即将该法院命令的复印件送达至原告,且在有必要让原告理解的情况下附上翻译为原告主要语言的复印件,然后在会议之前将送达凭证提交至法院。上述事宜由普通法官史蒂芬·M·高德(Steven M. Gold)于 2018 年 8 月 28 日签署命令。 (Gillespie, Saudia)

Privileged and Confidential

Address Correction Requested

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

QINGHAI ZENG
13950 35th Ave 7F
Flushing, NY 11354