## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **September 7, 2018** |
| **TIME:** | **4:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 17-7601 (ARR)** |
| **NAME OF CASE(S):** | **Zeng v. The Parc Hotel LLC** |
| **FOR PLAINTIFF(S):** | **Schweitzer** |
| **FOR DEFENDANT(S):** | **Turoff** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**STATUS CONFERENCE RULINGS:**

**Although the Court's prior order was apparently served on her, plaintiff failed to appear.**

**Accordingly, and pursuant to this Court's order dated August 28, 2018, I will recommend that this action be dismissed for failure to prosecute.**