UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Quinghai Zeng,

                Plaintiff,

                                                               JUDGMENT
                                                               17-cv-7601 (ARR)

            v.

The Parc Hotel LLC, et al.,

                Defendants.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 25, 2018, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 7, 2018, dismissing this action with prejudice for failure to prosecute; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice; and that this case is closed.

Dated: Brooklyn, NY                                                       Douglas C. Palmer
       September 26, 2018                                          Clerk of Court

                                                                           By: /s/*Jalitza Poveda*
                                                                                Deputy Clerk