UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| QINGHAI ZENG,<br>*on behalf of herself and others similarly situated,*<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CLA COMMERCIAL CLEANING, LLC,<br>d/b/a CLA Commercial Cleaning, and<br>ROBERT WITTISH,<br><br>　　　　　　　Defendants.<br><br>---<br><br>CLA COMMERCIAL CLEANING, LLC, d/b/a<br>CLA Commercial Cleaning,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　　v.<br><br>THE PARC HOTEL LLC, d/b/a The Parc Hotel,<br>and REAL HOSPITALITY GROUP,<br><br>　　　　　　　Third-Party Defendants. | Civil Action No.: 1:17-cv-07601(ARR)(SMG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i) and (c)** |

　　　Defendant/Third-Party Plaintiff CLA Commercial Cleaning, LLC ("Third-Party Plaintiff"), by and through its undersigned counsel, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and (c), respectfully provides notice of its voluntary dismissal of the Third-Party Complaint in the above-captioned action *without prejudice* against Third-Party Defendants The Parc Hotel LLC, d/b/a The Parc Hotel and Real Hospitality Group (collectively, "Third-Party Defendants").

　　　Third-Party Plaintiff further states that Third-Party Defendants have neither served a

responsive pleading nor moved for summary judgment.  Third-Party Plaintiff has not previously dismissed any action in any court based on or including the claims at issue in the Third-Party Complaint.

| | |
|---|---|
| Dated: New York, New York.<br>September 26, 2018 | Respectfully submitted,<br><br>MANATT, PHELPS & PHILLIPS, LLP<br><br>By:   s/  Brian J. Turoff<br>       Brian J. Turoff<br>       Samantha J. Katze<br>       7 Times Square<br>       New York, New York 10036<br>       Telephone: (212) 790-4500<br>       Email: BTuroff@manatt.com<br>                  SKatze@manatt.com<br><br>*Attorneys for Defendant/Third-Party Plaintiff CLA Commercial Cleaning, LLC* |